# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0595
_____

IDEAL PROFESSIONAL INSTITUTE
INC,

    Appellant,

    v.

BOARD OF NURSING,

    Appellee.

_____


On appeal from the State of Florida, Board of Nursing.
Joe R. Baker, Jr., Executive Director.

July 29, 2019


PER CURIAM.

Appellee's motion to dismiss the appeal, filed May 3, 2019, is denied. The motion is treated as a confession of error. Accordingly, we reverse the January 23, 2019, Order Vacating the Notice of Intent to Terminate Nursing Program and Reinstate Notice of Intent to Place Program on Probation, and remand for further proceedings.

LEWIS, KELSEY, and WINOKUR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Gregory M. Ochalek, Miami, for Appellant.

Ashley Moody, Attorney General, and Marlene K. Stern, Senior Assistant Attorney General, Tallahassee, for Appellee.